

FILED
MAR 12 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-cr-00137
Judge Virginia M. Kendall
Magistrate Judge Gabriel A. Fuentes

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORGE RAMIREZ-LOPEZ,<br>also known as "Jorge Gonzalez" | **Under Seal**<br><br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4) |

The SPECIAL NOVEMBER 2022 GRAND JURY charges:

On or about May 8, 2023, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

JORGE RAMIREZ-LOPEZ,
also known as "Jorge Gonzalez,"

defendant herein, an alien who previously had been deported and removed from the United States on or about August 6, 2017, September 12, 2013, May 24, 2010, December 9, 2005, April 28, 1999, and August 4, 1997, was present and found in the United States without previously having obtained the express consent of the United States Attorney General, and at any time after February 28, 2003, of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY